UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-268-T-33TGW

SORHAB HOSSAIN

### REQUEST FOR LEAVE TO DISMISS INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), Maria Chapa Lopez, the United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Indictment pending against Defendant Sorhab Hossain in the above-captioned case, without prejudice, on the ground(s) that: a re-trial of this indictment would fail to promote the relevant federal interests involved in this case and would not affect the citizenship status of the defendant.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Indictment against Defendant Sorhab Hossain in the above-captioned case, without prejudice, and direct the Clerk of Court to close the case as to said defendant.

                                                   Respectfully submitted,

                                                   MARIA CHAPA LOPEZ
                                                   United States Attorney

                        *By:*     */s/ Jay L. Hoffer*
                                JAY L. HOFFER
                                Assistant United States Attorney
                                Florida Bar No. 0910708
                                400 North Tampa Street, Suite 3200
                                Tampa, Florida  33602
                                Telephone: (813) 274-6158
                                Facsimile:  (813) 274-6177
                                E-mail:    jay.hoffer@usdoj.gov

U.S. v. SOHRAB HOSSAIN     Case No. 8:17-cr-268-T-33TGW

### CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Gerasimos Theophilopoulos, Esq.

     */s/ Jay L. Hoffer*
     Jay L. Hoffer
     Assistant United States Attorney
     Florida Bar Number 0910708
     400 North Tampa Street, Suite 3200
     Tampa, Florida  33602
     Telephone: (813) 274-6000
     Facsimile:  (813) 274-6187
     E-mail:     jay.hoffer@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-268-T-33TGW

SORHAB HOSSAIN

**ORDER**

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant Sorhab Hossain, without prejudice. Leave of Court is granted and the Indictment is dismissed against Defendant Sorhab Hossain, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant Sorhab Hossain.

Dated: _____  _____
VIRGINIA M. HERNANDEZ COVINGTON
United States District Judge